IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO. 5:10-cv-511

| | |
|---|---|
| KIMBERLY L. NORMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| BEASLEY MEZZANINE HOLDINGS, ) | **ORDER** |
| LLC, BEASLEY FM ACQUISITION ) | |
| CORP., BECKY GILREATH, KATHRYN ) | |
| LOLLIS a/k/a KATY LOLLIS, and ) | |
| EDWARD MCTINDAL aka MAC ) | |
| EDWARDS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

THIS MATTER COMING ON to be heard before the undersigned Judge upon motion of the Plaintiff to seal Attachment No. 15 (Exhibit N) to Plaintiff's Memorandum In Opposition To Defendants' Motion for Summary Judgment, which attachment contains copies of the Plaintiff's W-2 statements, and the Court is of the opinion that the motion should be allowed;

IT IS THEREFORE ORDERED that Attachment No. 15 (Exhibit N) to the Plaintiff's Memorandum In Opposition To Defendants' Motion for Summary Judgment, is to be sealed and opened only pursuant to order of the Court.

This the 15 day of August, 2011.

By: _____
    The Honorable